Geo. W. Allen v. Walter Gwynn.

GEORGE W. ALLEN, TAX-ASSESSOR, &c., APPELLANT, vs. WALTER GWYNN, AGENT PEN. & GA. R. R., RESPONDENT.

*C. R. King* for Appellant.

*D. S. Walker* for Respondent.

WESTCOTT, J., delivered the opinion of the court.

The facts in this case are substantially the same as in the case of King vs. Gwynn, and for the reasons given in that case, the judgment of this court is the same as in that case.

The injunction must be dissolved and the cause remanded, with directions to dismiss the bill of complaint.